**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VANESSA DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC. d/b/a NORDSTROM CREDIT SERVICES a/k/a NORDSTROM CARD SERVICES,<br><br>Defendant. | Case No. 1:17-cv-04765<br><br>Honorable Judge Matthew F. Kennelly |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, VANESSA DAVIS, and the Defendant, Nordstrom fsb d/b/a Nordstrom Card Services, incorrectly sued as Nordstrom, Inc. d/b/a Nordstrom Credit Services, a/k/a Nordstrom Card Service, through their respective counsel that the above-captioned case be dismissed *without* prejudice with leave to reinstate through October 23, 2017. After October 23, 2017, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

| | |
|---|---|
| Date: September 8, 2017 | Respectfully submitted, |
| VANESSA DAVIS | NORDSTROM fsb. |
| /s/ Majdi Y. Hijazin<br>Majdi Y. Hijazin, *Of Counsel*<br>SULAIMAN LAW GROUP, LTD.<br>2500 S. Highland Ave., Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8181<br>Fax:    (630) 575-8188<br>mhijazin@hijazinlaw.com | /s/ Nicole D. Milos (*with consent*)<br>Nicole D. Milos<br>CREMER, SPINA, SHAUGHNESSY, JANSEN & SIEGERT, LLC<br>One North Franklin, 10th Floor<br>Chicago, IL 60606<br>Phone: (312) 726-3800<br>Fax: (312) 726-3818<br>nmilos@cremerspina.com |